Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL  60532-4350  
Ph: (630) 981-3888   Fax: (630) 981-3896

In re:  
BENJAMIN A PIERCE  
STACY L PIERCE  

HSBC MORTGAGE  
636 GRAND REGENCY BLVD  
BRANDON, FL  33510  

Case No. 10-04128  
Account No.  6992  
    BENJAMIN A PIERCE  
    STACY L PIERCE  
    35652  JAY DRIVE  
    CUSTER PARK, IL  60481  

    SCHEINBAUM & WEST  
    PO BOX 5009  
    VERNON HILLS, IL  60061-5009  

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

   Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

   Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

   The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

   The undersigned certifies that this notice was sent to the above named parties on  May 30, 2014 .

                                                      /S/   Ryan Faye  
                                              For:  Glenn Stearns, Chapter 13 Trustee, Standing Trust